

**Orange County**
**COUNTY ATTORNEY**

**Langdon C. Chapman**
**Orange County Attorney**

STEVEN M. NEUHAUS
County Executive

**Sharon Worthy-Spiegl**
*Deputy County Attorney*

<u>Municipal Law Unit</u>
15 Matthews Street, Ste. 305
Goshen, N.Y. 10924
TEL: (845) 291-3150
*FAX: (845) 291-3167

<u>Family Law Unit</u>
Tiffany N. Gagliano
*Chief Assistant County Attorney-Family
Law & Juvenile Justice*

15 Matthews Street, Ste. 302
Goshen, N.Y. 10924
TEL: (845) 291-2650
*FAX: (845) 291-3014
Mailing Address: Box Z, Quarry Rd
Goshen, N.Y. 10924

October 1, 2015

James C. Francis, IV, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: Koltun v. Berry, et al.
     Index: 13-CV-1612 (PAC)(JCF)

Dear Judge Francis:

     Please be advised that we are the attorneys representing Defendants Phillips and Cooper (the "County Defendants") in the above referenced file. Accordingly, we are in receipt of your Order dated September 30, 2015 and wish to clarify what Order was appealed and what claims are still outstanding per the Second Circuit's decision, as it is anticipated that Plaintiff may amend the complaint to revisit any and all claims against all defendants.

     On March 21, 2014, Judge Crotty rendered an Order Adopting the Report and Recommendation of your Honor, dated July 19, 2013, which dismissed the case in its entirety against the County Defendants. Furthermore, the Order permitted Plaintiff to amend his complaint only with respect to the false arrest and supervisory liability claims alleged against the law enforcement defendants. Thereafter, on May 19, 2015, Judge Crotty dismissed the case against Plaintiff for failure to prosecute those specific claims. Accordingly, it was the May 19, 2015 order that Plaintiff appealed. Consequently, the only claims that Plaintiff is permitted to amend in his complaint, should he choose to do so, would be with respect to the false arrest and supervisory liability claims.

     Thank you for your courtesies in this matter.

Very truly yours,

Carol C. Pierce
Senior Assistant County Attorney

*Service of Process by FAX is not accepted

Douglas S. Langholz, Esq. (via ECF)
David L. Posner, Esq. (via ECF)
Ronald W. Weiner, Esq. (via ECF)

Victor Koltun
14A1241
Mohawk Correctional Facility
6514 Rt. 26
P.O. Box 8451
Rome, New York  13442

*Service of Process by FAX is not accepted