

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

October 13, 2015

By ECF

Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Koltun v. Berry
      13 Civ. 1612 (PAC)(JCF)

Dear Judge Francis:

  This office represents the two state police defendants, Superintendent D'Amico and Investigator Simmons, in the above-referenced matter. In response to the September 30, 2015 Order, we agree with the Court's approach allowing plaintiff to amend the complaint at this time. We also agree with the County Defendants' October 1, 2015 letter indicating that the only claims that remain at this time are the false arrest and supervisory liability claims, and that plaintiff should not be allowed to amend the complaint to replead claims previously dismissed with prejudice.

           Respectfully submitted,

           /s/  John Knudsen

           John E. Knudsen
           Assistant Attorney General
           (212) 416-8625

cc: Victor Koltun, 14 A 1241 (via mail)
   Mohawk Correctional Facility

cc: All counsel via ECF

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV