Victor Koltun
14A1241
Walsh RMU
P.O. Box 8451
Rome N.Y. 13442
10/7/15

PRO SE OFFICE
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

SCANNED

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 14  AM 10:26

RE: Koltun V. Berry - Docket # 13CV1612 (PAC)(JCF)

Dear Sir/Madam:
  I have open case and now I am acting pro se. I need following forms that will assist me to litigate this case and to have counsel assigned, I truly appreciate your assistance with following forms:
① Assignment of Counsel (Pro Bono)
② FRCP 65 Preliminary Injunction and Supporting Affirmation.
③ Affirmation of Service
④ Pro Se Motions Package
⑤ Form to serve Amended Complaint by certified mail in live of U.S. Marshalls.
⑥ Amended Complaint (General)
⑦ Complaint with Summons Package
  Ⓐ General      Ⓑ Prisoner
I will appreciate any other documents or forms that you think will help me. Being that I'm disable

Victor Koltun
14A1241
Walsh RMU

P.O. Box 8451
Rome N.Y. 13442
10/7/15

PRO SE OFFICE
U.S. DISTRICT COURT
P.O. BOX 7367
SYRACUSE, N.Y. 13261-7255

RE: PRO SE FORMS & ASSIGNMENT OF COUNSEL

DEAR SIR/MADAM:

I Am respectfully Requesting following forms:

1. Assignment of Counsel (Pro Bono)
2. FRCP 65 Preliminary injunction And Supporting Affirmation/Affidavit
3. Affirmation/Affidavit of Service
4. Pro Se Motion Package
5. Form to serve by Certified Mail in lieu of U.S. Marshalls
6. Amended Complaint (General)
7. Complaint with Summons Package

I am looking to get this Requested Forms shortly.

Cordially
Victor Koltun

cc: Legal File



**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Victor Kotun    DIN: 14A1124
WAISH RMU

Pro SE Office
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 14 AM 10:26

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Victor Koltun
       wAish rmJ

RECEIVED
SDNY PRO SE OFFICE
2015 OCT 14 AM 10: 27

MOHAWK
CORRECTIONAL
FACILITY

USM P3
SDNY

UNITED STATES POSTAGE
$00.48
02 1M
0008006559
MAILED FROM ZIPCODE 13440

PRO SE OFFICE
U.S. DISTRICT COURT
P.O. BOX 7367
SYRACUSE, N.Y. 13261-7367