# STEINBERG & CAVALIERE, LLP

50 MAIN STREET
WHITE PLAINS, NY 10606

TELEPHONE: (914) 761-4200
FACSIMILE: (914) 761-4256

JEFFREY G. STEINBERG
KEVIN F. CAVALIERE

STEVEN A. COPLOFF
RONALD W. WEINER
BENJAMIN ZELERMYER
JAMES F. CREIGHTON
ROBERT P. PAGANO
C. WILLIAM YANUCK
VERONICA A. ZUNNO

WRITER'S DIRECT
DIAL NUMBER

(914) 761-9815

October 15, 2015

**VIA ECF**

Hon. James C. Francis IV, U.S.M.J.
United States District Court
500 Pearl Street, Room 1960
New York, New York 10007

    Re:  Koltun v. Berry, et al.
          Case No. 1:13-cv-01612 (PAC)(JCF)
          S&C File No. 2960

Dear Magistrate Judge Francis:

    We are the attorneys for defendant Paul Brite (one of the "Defense Counsel Defendants") in the referenced action. We are writing in response to the Your Honor's September 30, 2015 Order and to confirm that, under Judge Crotty's March 21, 2014 Order, plaintiff is not permitted to amend his complaint to assert any claims against Paul Brite.

                              Respectfully submitted,

                              Ronald W. Weiner

cc:  Victor Koltun (by mail)
      All Counsel (by ECF)

S&C#227169